413

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM. 

(No. 74-CC-605—Claimant )

NATIONAL RAILROAD PASSENGER CORP. (AMTRAC), Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF REGRISTRATION AND EDUCATION, Respondent.

*Opinion filed May 15, 1974.*

NATIONAL RAILROAD PASSENGER CORP. (AMTRAC), Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM. 

(No. 74-CC-607—Claimant )

CENTRAL OFFICE EQUIPMENT CO., Claimant, *vs.* STATE OF ILLINOIS, SECRETARY OF STATE, Respondent.

*Opinion filed May 15, 1974.*

CENTRAL OFFICE EQUIPMENT CO., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; HOWARD W. FELDMAN, Assistant Attorney General, for Respondent.

PER CURIAM.